

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

January 28, 2021

Honorable John Michael Vazquez
United States District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re:   *United States of America v. All Funds In The Accounts Of Blue Sea Business Co., LTD., Fanwell, LTD., Fully Max Trading, LTD., Dandong Hongxiang Industrial Development Co., LTD., and Success Target Group, LTD. at China Merchants Bank et al.*, Civil Action No. 16-5903 (JMV)

Dear Judge Vazquez:

    Please accept this submission in response to the January 14, 2021 order requesting that counsel file a letter as to the status of the proceedings in the above-captioned matter.

    By way of background, a criminal action involving allegations closely related to the bases for forfeiture asserted in this civil forfeiture action is still on-going in this district. *See United States v. Development Co., LTD, et al.*, 19-cr-514 (JMV). In light of the related criminal case, the United States requests that the Court administratively terminate the above-captioned civil case pending the resolution of the parallel criminal case, Crim. No. 19-514 (JMV). The United States further asks that after the case has been administratively terminated, that the Court restore the case to the active docket upon the parties' request.

                                       Respectfully yours,

                                       RACHAEL A. HONIG
                                       Acting United States Attorney

SO ORDERED.                    s/ *Sarah Devlin*

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.     By:   SARAH DEVLIN
                                              Assistant U.S. Attorney

Date: 1/28/2021